UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

CHARLESETTA BEARD,

    Plaintiff,

v.

    NO. 04-2183 D

WORLDWIDE MORTGAGE
CORPORATION, et al.

    Defendants.

## PLAINTIFF'S MOTION TO EXTEND TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT

COMES NOW the Plaintiff, by and through her counsel and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, and respectfully moves this Court for an extension of time within which to file a response to the Motion for Summary Judgment filed by Defendants, PCFS and Provident Bank.

Plaintiff avers that it will take additional time to draft a response to the Motion. Plaintiff is requesting an extension until November 18, 2005.

In support of the Motion, the Plaintiff relies upon her Memorandum in Support of her Motion to Extend Time and her Certificate of Consultation, filed contemporaneously herewith.

WHEREFORE, Plaintiff moves this Court for an extension of time, until November 18, 2005, within which to file a response to the Motion for Summary Judgment filed by Defendants.

Dated: November 1, 2005.

**MOTION GRANTED**
DATE: 11-2-2005

_/s/ Bernice Bouie Donald_
BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

Respectfully submitted,

*[signature]*

Webb A. Brewer # 9030
Sapna V. Raj # 19679
Counsel for Plaintiffs
Memphis Fair Housing Center
Memphis Area Legal Service, Inc.
109 N. Main St. Suite 201
Memphis, TN  38103
(901) 432-4663

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 83 in case 2:04-CV-02183 was distributed by fax, mail, or direct printing on November 4, 2005 to the parties listed.

---

Kristen C. Wright
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

John L. Ryder
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Sapna V. Raj
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Evan Nahmias
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

George T. Lewis
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Loys A. Jordan
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Mary Katherine Hovious
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Christopher S. Campbell
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Webb A. Brewer
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Thomas F. Barnett
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT