IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION



FILED BY ___ D.C.
05 NOV 17 PM 1: 57
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

**EDGAR JOHNSON,**

    Plaintiff,

v.

**HOME TECH SERVICES CO., INC., et al.,**

    Defendants.

Case No.: 03-2567 D

---

**BOBBIE CARR,**

    Plaintiff,

v.

**HOME TECH SERVICES CO., INC., et al.,**

    Defendants.

Case No. 03-2569 D

---

**CHARLENE SPINKS,**

    Plaintiff,

v.

**HOME TECH SERVICES CO., INC., et al.**

Case No. 04-2568 D

---

**GERALD BOWEN, et al.,**

    Plaintiff,

v.

**WORLDWIDE MORTGAGE CORP., et al.**

Case No. 04-2575 D

CHARLESETTA BEARD,

    Plaintiff,                                                                                           Case No. 04-2183 D

v.

**WORLDWIDE MORTGAGE CORP., et al.**

    Defendants.

---

**BARBARA WILLINGHAM,**

    Plaintiff,                                                                                           Case No. 04-2391 D

v.

**WORLDWIDE MORTGAGE CORP., et al.**

    Defendants.

---

**ELIZABETH PITCHFORD,**

    Plaintiff,                                                                                           Case No. 05-2743 D

v.

**WORLDWIDE MORTGAGE CORP., et al.**

    Defendants.

---

**LILLY LEWIS,**

    Plaintiff,                                                                                           Case No. 05-2524

v.

**MEMPHIS FINANCIAL SERVICES, INC., et al.**

---

ORDER REFERRING CASE TO MEDIATION

---

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____



By consent of the parties, the above cases are hereby referred to Attorney Arnold Perl of the law firm of Young and Perl for mediation. The mediator will assess the particular needs of each case to determine the specific needs of the parties.

**IT IS SO ORDERED** this __16__ day of __November__, 2005.

*[signature]*
BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 87 in case 2:04-CV-02183 was distributed by fax, mail, or direct printing on November 18, 2005 to the parties listed.

---

Thomas F. Barnett
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

John L. Ryder
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Sapna V. Raj
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Kristen C. Wright
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

George T. Lewis
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Loys A. Jordan
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Mary Katherine Hovious
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Webb A. Brewer
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Evan Nahmias
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Christopher S. Campbell
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT