'PIN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| CHARLESETTA BEARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO.  04-2183 D/An |
| ) | |
| WORLDWIDE MORTGAGE CORP., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER DENYING MOTION TO COMPEL

Before the Court is Defendants Equity Title and Escrow Co. of Memphis, LLC, and Stephen Winkel's Motion to Exclude Testimony of Plaintiff's Experts or, in the Alternative, to Compel Disclosure of Plaintiff's Experts filed on November 7, 2005. On November 8, 2005, a status conference was held before United States District Judge Bernice B. Donald. At that hearing, Judge Donald ordered that the Plaintiff's counsel disclose to the Defendants the identification of the Plaintiff's experts no later than November 10, 2005. Because of Judge Donald's order, this Motion is **DENIED** as moot.

IT IS SO ORDERED.

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: December 02, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 92 in case 2:04-CV-02183 was distributed by fax, mail, or direct printing on December 7, 2005 to the parties listed.

Kristen C. Wright
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

John L. Ryder
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Sapna V. Raj
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Evan Nahmias
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

George T. Lewis
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Loys A. Jordan
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Mary Katherine Hovious
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Christopher S. Campbell
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Webb A. Brewer
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Thomas F. Barnett
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT